**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 1:11-CV-1867** |
| Plaintiff | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **ROBIN C. REED**, | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 22nd day of August, 2012, upon consideration of plaintiff's application for distribution of proceeds (Doc. 19) from the sale of real property located at 11 Carl Lane, New Oxford, PA 17350, and of the order of court dated August 2, 2012 (Doc. 18), confirming the sale of that property, it is hereby ORDERED that said motion (Doc. 19) is GRANTED. The United States Marshal is directed to distribute the proceeds of the sale in accordance with the schedule of distribution (see Doc. 19).

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge